**TYSON & MENDES LLP**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
TYRUS O. COBB
Nevada Bar No. 8031
Email(s):  ghayes@tysonmendes.com
             tcobb@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant WALMART, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JILL FLANIGAN, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation;<br>DOES I-X, unknown persons; ROE Corporations I-X,<br><br>    Defendants. | Case No.  2:25-cv-2181<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JILL FLANIGAN, an individual, by and through her counsel, RYAN ALEXANDER, CHTD. and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 21st day of January, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

———————————
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant Walmart, Inc.*

DATED this 21st day of January, 2026.

**RYAN ALEXANDER, CHTD**

/s/ *Richard Englemann*

———————————
RYAN ALEXANDER
Nevada Bar No. 10845
RICHARD A. ENGLEMANN
Nevada Bar No.6965
3017 West Charleston Boulevard, Suite 20
Las Vegas, NV 89102
*Attorneys for Plaintiff*

1

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED this 21st day of January, 2026.**

2

## Kellene Fletcher

| | |
|---|---|
| **From:** | Stefania Rota Scalabrini |
| **Sent:** | Wednesday, January 21, 2026 9:17 AM |
| **To:** | Kellene Fletcher |
| **Cc:** | Griffith Hayes |
| **Subject:** | FW: FW: FW: Flanigan v. Walmart ( TM 25-3570) - Status Report regarding Settlement Documents |
| **Attachments:** | SAO to Dismis (A0254852xDBB43).DOCX |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Can you please file the SAO ion Federal Court? The deadline is today. Thank you.



**Stefania Rota Scalabrini**
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

**Mansfield Rule**
Certified 2023–2024 Powered by DIVERSITYLAB

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information*

**From:** Richard Englemann <richard@ryanalexander.com>
**Sent:** Wednesday, January 21, 2026 9:16 AM
**To:** Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com>
**Cc:** Florence Rodriguez <florence@ryanalexander.com>
**Subject:** Re: FW: FW: Flanigan v. Walmart ( TM 25-3570) - Status Report regarding Settlement Documents

You can add my signature to the Stipulation and order of dismissal.

On Wed, Jan 21, 2026 at 9:13 AM Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com> wrote:

Please see email below. Thank you.